UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETE DIVISION

| | | |
|---|---|---|
| **KIRK NOEL, ET AL.** | * | **CIVIL ACTION NO. 6:18-CV-01217** |
| *Plaintiffs* | * | |
| | * | |
| **VERSUS** | * | **JUDGE ROBERT R. SUMMERHAYS** |
| | * | |
| | * | |
| **K.P. GIBSON, ET AL.** | * | **MAG. JUDGE PATRICK J. HANNA** |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, come all remaining parties to this litigation, who respectfully submit that they have reached an agreement to resolve all claims against herein.  Accordingly, the respective parties hereby request that the Court issue a 60-day Order of Dismissal in order for the parties to finalize and effect the settlement.

Respectfully submitted by:

**USRY & WEEKS, APLC**
*/s/Ronald S. Bryant*
TIMOTHY R. RICHARDSON (LSBN 27625)
RONALD S. BRYANT (LSBN 36110)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana  70112
Phone: (504) 592-4600
Fax:     (504) 592-4641
Email:  sbryant@usryweeks.com
***Counsel for the Defendants***


**L. CLAYTON BURGESS, APLC**
*/s/L. Clayton Burgess*
L. CLAYTON BURGESS (LSBN 22979)
605 West Congress Street
Lafayette, Louisiana 70502
Phone: (337) 234-7573
Fax:     (337) 233-3890
***Counsel for the Plaintiff***

**CERTIFICATE OF SERVICE**

    I do hereby certify that on this 8th day of June, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

                                                    */s/Ronald S. Bryant*